IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GLOBAL PAYMENTS INC., a Georgia corporation, and TOTAL SYSTEMS SERVICES, LLC, a Georgia limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>JASON TODD GREEN,<br><br>      Defendant. | Case No. 4:20-cv-00185-CDL |

**PERMANENT INJUNCTION AND FINAL JUDGMENT**

This matter comes before the Court upon Plaintiffs Global Payments Inc.'s and Total Systems Services, LLC's ("TSYS") Motion for Entry of Permanent Injunction and Final Judgment ("Motion"), which Defendant Jason Todd Green ("Green," and collectively with TSYS, the "Parties") does not oppose. (D.E. 42.) For the reasons stated in the Motion, TSYS's unopposed Motion is **GRANTED**. It is hereby the **FINAL ORDER AND JUDGMENT** of this Court that:

    1.    The time periods applicable to the restrictive covenants contained in the Stock Awards and the Separation Agreement were tolled during the pendency of Green's breach, *i.e.*, during his employment with BlueSnap (running from July 27, 2020 through the August 31, 2020 Preliminary Injunction Order);

    2.    Through and including June 1, 2021, Green is restrained and enjoined from working for BlueSnap (one year from the termination of Green's employment with TSYS plus the approximately 30 days from the start of Green's employment with BlueSnap on July 27, 2020 through the date of the Preliminary Injunction Order);

1

3. Green is restrained and enjoined from using or disclosing TSYS's confidential or trade secret information and must return and/or destroy all TSYS's confidential or trade secret information in his possession; and

4. The Clerk of the Court is ordered to return to TSYS the $275,000 injunction bond TSYS posted in connection with the entry of the Preliminary Injunction Order.

5. The parties shall bear their own costs.

**IT SO ORDERED** this 23rd day of October, 2020.

S/Clay D. Land
HON. CLAY D. LAND
United States District Court Judge